**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BERNARD GIBSON, SR.,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-14-0820 |
| v. : | |
| : | (Judge Caputo) |
| **WARDEN J.E. THOMAS,** : | |
| : | |
| Respondent : | |

**O R D E R**

**AND NOW**, this **19th** day of **JANUARY, 2016,** in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. Mr. Gibson's motion to amend (Doc. 12) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

                                                   **/s/ A. Richard Caputo**
                                                   **A. RICHARD CAPUTO**
                                                   **United States District Judge**