**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BERNARD GIBSON, SR.,** : | |
| : | |
| Petitioner : | |
| : | **CIVIL NO. 3:CV-14-0820** |
| v. : | |
| : | **(Judge Caputo)** |
| **WARDEN J.E. THOMAS,** : | |
| : | |
| Respondent : | |

**O R D E R**

**AND NOW**, this **21st** day of **FEBRUARY, 2017**, in accordance with the accompanying memorandum of law, it is ordered that Mr. Gibson's motion for reconsideration (ECF No. 15) is **DENIED**.

                                            **/s/ A. Richard Caputo**
                                            **A. RICHARD CAPUTO
                                            United States District Judge**